# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 26, 2017

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

    Re: Robert Earl Mays
        v. United States
        Application No. 16A1011
        (Your No. 15-4612)

Dear Clerk:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on April 26, 2017, extended the time to and including July 10, 2017.

    This letter has been sent to those designated on the attached notification list.

                              Sincerely,

                              Scott S. Harris, Clerk

                            by /s/ Lisa Nesbitt
                            Lisa Nesbitt
                            Case Analyst